RECEIVED BY MAIL
MAY 21 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TANAKA BIRDO
                          Plaintiff(s),
vs.
Catholic Charities
Christine Bridgeman Et AL

                          Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

21-cv-1271 NEB/BRT
Case No. _____
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
      YES ✓   NO ___

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name: TANAKA Birdo
      Street Address: General Delivery
      County, City: Hennipen, Minneapolis
      State & Zip Code: Minnesota 55440
      Telephone Number: None will get one.

SCANNED
MAY 21 2021
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

   Name: Christine Bridgeman
   Street Address: 165 Glenwood Ave.
   County, City: Hennepin, Minneapolis
   State & Zip Code: Minnesota 55403

b. Defendant No. 2

   Name: Joe Dinkins
   Street Address: 165 Glenwood Ave.
   County, City: Hennepin, Minneapolis
   State & Zip Code: Minnesota, 55403

c. Defendant No. 3

   Name: Chris Crisp
   Street Address: 165 Glenwood Ave.
   County, City: Hennepin, Minneapolis
   State & Zip Code: Minnesota 55403

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

2

the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☑ Federal Question        ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply. **Yes All!**

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: **TANAKA Birdo**        State of Citizenship: **Illinois, MN**

   Defendant No. 1: **Christine Bridgeman**   State of Citizenship: **MN**

   Defendant No. 2: **Joe Dinkins**    State of Citizenship: **MN**

   Defendant No. 3 **Crisp Chris MN**

   Attach additional sheets of paper as necessary and label this information as paragraph 5.
   **Check here if additional sheets of paper are attached.** ☑

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☑ Defendant(s) reside in Minnesota    ☐ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Each paragraph must be numbered separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. **MAY 20, 2020 I WAS choked./Assualted**

Officer Crisp did not even Arrested the suspect. Joe Dinkins and Officer Crisp come to my mat. Made me leave. It was early in the morning. The guy who choked me come outside about a half a block from the Shelter High Ground. Seen me on the phone and said who are you calling? I had to hang up. Calling 911 on a Police Officer, who seen on Video a man choke me! Did not even Arrested him! Put me out first. My life was in danger. Crisp and Dinkins violated my Civil Rights. Crisp violated Also the "code of ethics" Minneapolis Police "motto" is protect and service. Bridgeman recieved my grievance two days later. She covered it up! Not even investigating and or looking into this evil by two employees. She attached grievance. Also she has discriminated against me after the choking, strangelation. Crisp has also. I'm lucky to be Alive! An officer see's a crime committed. Strangelation and

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☑
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Christine Bridegman be sued in her Official And Indivival Capacity. Also Joe Pinkins in his Official And Indivival Capacity. Chris Crisp And his Indivival And Official Capacity. That the Plaintiff be Compensated. One Million dollars. Compensatory, Punitive, And Declaratory Damages.

Date:

Signature of Plaintiff   Janaka Birdeo

Mailing Address   General Delivery
Minneapolis, MN
55440

Telephone Number

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.